E-filing

1  Gregory G. Rheams, Esq. [CA Bar 208347]

2  LAW OFFICES OF GREGORY G. RHEAMS

3  info@rheamslaw.com

4  1625 The Alameda, Suite 800

5  San Jose, CA 95126

6  Telephone:     (408) 279-0306

7  Facsimile:     (408) 491-9760

8

Filed

MAY 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9            **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN JOSE DIVISION**

11

12  Plaintiff                              ) Case No. C07 02527 HRL
                                          )
13  **LIU, Jie**                          ) **COMPLAINT FOR DECLARATORY AND**
                                          ) **INJUNCTIVE RELIEF AND FOR A**
14              v.                        ) **WRIT IN THE NATURE OF MANDAMUS**
                                          ) **TO COMPEL DEFENDANTS'**
15  **ALBERTO GONZALES,** Attorney        ) **DETERMINATION OF FORM N-400**
                                          ) **NATURALIZATION APPLICATION**
16  General of the United States;         )
                                          ) USCIS Case # A070 809 273
17  **ROBERT S. MUELLER,** Director of    )
                                          )
18  FBI;                                  )
                                          )
19  **MICHAEL CHERTOFF,** Secretary of    )
                                          )
20  the Department of Homeland            )
                                          )
21  Security;                             )
                                          )
22  **EMILIO T. GONZALEZ,** Director of   )
                                          )
23  the United States Citizenship         )
                                          )
24  and Immigration Service;              )
                                          )
25  **FRANCIS D. SICILIANO,** Officer     )

1   in Charge of the San Jose        )
                                     )
2   Citizenship and Immigration      )
                                     )
3   Service sub-office in his        )
                                     )
4   official capacity,               )
                                     )
5            Defendants.

6

7              **COMPLAINT FOR WRIT OF MANDAMUS**

8                     **IMMIGRATION CASE**

9           **ADMINISTRATIVE PROCEDURE ACT CASE**

10                          **I.**

11                     **INTRODUCTION**

12       This action is brought by the Plaintiff Jie Liu to compel

13   the Defendants to adjudicate his application for naturalization.

14   The Plaintiff is a victim of the deficiencies of the currently

15   administered naturalization process. Jin Liu passed the tests of

16   English and U.S. history and government on December 21, 2005,

17   and that he would be notified for his oath ceremony pending the

18   FBI's name check results.  Since then, Mr. Liu has waited for

19   his FBI name check results in order to attend his oath of

20   allegiance ceremony.

21       The U.S. Citizenship and Immigration Service (CIS) yet to

22   formally notify the Plaintiff that his application has been

23   granted or denied.  However, CIS has indicated that the

24   application is pending a background check conducted by the FBI.

25   Defendants have not been able to provide any estimate as to when

1   they will adjudicate his application and most likely would
2   allege that they cannot adjudicate it until the security checks
3   have been completed. It is Plaintiff's position that Defendants
4   had reasonable amount of time in which to conduct security
5   checks in his case.

6   By being denied the benefits of citizenship, Mr. Liu has
7   been deprived of the protection of the laws of the United States
8   equal to that granted to its citizens while inside the country,
9   the protection of the United States government while outside the
10  country; political rights, including the right to vote; freedom
11  of movement and travel, petition for relatives to come to the
12  United States, and other numerous rights and privileges the
13  United States citizens enjoy.

14  Therefore, Plaintiff requests that this Court issue
15  injunctive relief and a writ in the nature of mandamus
16  compelling the Defendants to make a determination to grant or
17  deny naturalization under 8 U.S.C. §1446 and to conduct a
18  ceremony to administer the oath of allegiance under 8 U.S.C.
19  §1448. Plaintiff also seeks corresponding declaratory relief.

20

21                              **II.**

22                         **JURISDICTION**

23  This is a civil action brought pursuant to 28 U.S.C. §§
24  1331 and 1361 to redress the deprivation of rights, privileges,
25  and immunities secured to Plaintiff, by which jurisdiction is

conferred, to compel Defendants and those working under them to perform duties they owe to the Plaintiff.

Jurisdiction is also conferred by 5 U.S.C. §704. Plaintiff Jie Liu is aggrieved by adverse agency action in this case, as Administrative Procedures Act requires in order to confer jurisdiction on the District Courts.  5 U.S.C. §702.

This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201 and 2202.

Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, and 28 U.S.C. 2412 (d).

### III.

### INTRADISTRICT ASSIGNMENT

According to the Civil Local Rule 3-2 (c) this Court is the proper court. This case arose in Santa Clara county.

### IV.

### VENUE

Venue in the Northern District of California is proper pursuant to 28 U.S.C. §1391(e) in that a substantial part of the activities complained of occurred in the Northern

District of California and the Plaintiff resides in this judicial district.

## V.

## PARTIES

Plaintiff Jie Liu, A070-809-273, a citizen of the People's Republic of China, was lawfully admitted for permanent residence and currently resides in San Jose, California.

Defendant ALBERTO GONZALES is the Attorney General of the United States. He has "sole authority to naturalize persons as citizens of the United States." 8 U.S.C. §1421.

Defendant ROBERT MUELLER is the Director of the FBI the agency in charge of completing the background checks.

Defendant MICHAEL CHERTOFF is the Secretary of the Department of Homeland Security, an agency of the United States government involved in the acts challenged in this action.

Defendant EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, an agency involved in the acts challenged in this action, and is a subordinate agency within the Defendant the Department of Homeland Security.

1    Defendant FRANCIS D. SICILIANO, Officer in Charge of the

2  San Jose CIS sub-office in his official capacity. This office is

3  an agency responsible for conducting interviews of

4  naturalization applicants, making the determination to grant or

5  deny the application, and conducting ceremonies to administer

6  the oath of allegiance for persons applying for naturalization.

7

8                              **VI.**

9        **THE STATUTORY AND REGULATORY SCHEME OF THE**

10                  **NATURALIZATION PROCESS**

11    Congress has created a comprehensive statutory scheme which

12  guarantees that eligible applicants will be naturalized in a

13  prompt and dignified manner. Defendants through their

14  regulations, have reinforced this scheme as well.  The

15  requirements and means of application for citizenship are listed

16  in 8 U.S.C. §§1443-1445. Also, 8 C.F.R §335.3 states that "[t]he

17  applicant shall be notified that the application has been

18  granted or denied, and if the application has been granted,

19  the procedures to be followed for the administration of the oath

20  of allegiance. . .". 8 U.S.C. §1447(b) clarifies that if that

21  determination is not made "before the end of the 120-day period

22  after the date on which the examination is conducted" the

23  applicant may apply to a United States District Court for

24  relief. 8 C.F.R. §335.3, stating that "a decision to grant or

25  deny the application shall be made at the time of the initial

examination of the applicant" is in accord with it. 8 U.S.C §
1448(d) provides that once the application is granted the oath
administration ceremonies will be "conducted frequently and at
regular intervals." 8CFR §337.2 supports this requirement by
stating that "ceremonies shall be conducted at regular intervals
as frequently as necessary to ensure timely naturalization, but
in all events at least monthly where it is required to minimize
unreasonable delays."

## VII.

### THE CHALLENGED PRACTICE

Despite the apparent intent of Congress to provide the
applicants for naturalization with substantial rights and
procedural safeguards, Defendants fail to approve Plaintiff's N-
400 application and schedule the oath taking ceremony in a
timely fashion.

## VIII.

### FACTUAL ALLEGATIONS

Plaintiff Jie Liu, is a lawful permanent resident
of the United States and native and citizen of the People's
Republic of China. He applied for naturalization and his
naturalization examination interview was conducted on
at the San Jose Office of the USCIS. On December 21, 2005,

Mr. Liu passed his English and U.S. history and government tests, but more than 120 days have passed since Mr. Liu was examined for naturalization.  Mr. Liu has not been notified whether his application was  granted or denied, and if granted, of the procedures for the administration of the oath of allegiance. He has not been sworn as a citizen. Mr. Liu wishes to exercise the rights granted to the citizens of the United States, including the right to vote, to obtain a United States passport, the right to travel, etc.

Plaintiff is a law obedient person and there is no reason to disqualify his for naturalization.

Plaintiff did not waive the 120-day clock in the adjudication of his application.

By not being informed regarding the status of his application for naturalization, Plaintiff is deprived of the right to have the final decision of the CIS reviewed by the court.

Plaintiff has no administrative remedies and there is no adequate remedy at law for his loss.

## IX.

### FIRST CLAIM FOR RELIEF

**(Violation of the Immigration and Nationality Act)**

Defendants have violated and continue to violate 8 U.S.C. §§1447(b), 1448(d); 8 C.F.R. §§335.3 and 337.2:

a.  By failing to make a determination on the naturalization application of the named plaintiff at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted, as required by 8 U.S.C. §1447 and 8 C.F.R §335.3;

b.  By failing to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance as required by 8 C.F.R. §335.3;

c.  By failing to conduct a ceremony to administer the oath of allegiance at regular intervals as frequently as necessary to ensure timely naturalization, but at least once a month to minimize unreasonable delays as provided by 8 U.S.C. §1448(d) and 8 C.F.R §337.2(a).


As a result of Defendants' violation of the above mentioned requirements, failure to timely process Plaintiff's application and to conduct a ceremony to administer the oath of allegiance, Plaintiff has been unlawfully deprived of either:

a. The opportunity to timely obtain the unique benefits of citizenship, or

b. If naturalization would have been denied,

i.    The right to a timely reexamination to overcome

deficiencies or submit required evidence under 8

C.F.R. §335.3 within 120 days of the initial

examination or

ii.   If denied on reexamination, the right to a timely

review hearing before an immigration officer under 8

U.S.C §1447(a) and 8 C.F.R. §336.2; the right to

file timely a petition for review in the District

Court under 8 U.S.C. §1421(c) and 8 C.F.R. §§

336.9(b)-(c); or the right to timely file a new

application for naturalization.

# X.

## SECOND CLAIM FOR RELIEF

### (Violation of the Administrative Procedure Act)

Defendants are in violation of the Administrative Procedure

Act, 5 U.S.C §§701-706

a.  In that they have unlawfully withheld and unreasonably

delayed agency action to which Plaintiff is entitled, and

b.  In that they have taken action that is arbitrary and

capricious, an abuse of discretion, and not in accordance

with law:

i.    By failing to make a determination on the naturalization

application of the Plaintiff at the time of the initial

examination for naturalization or within 120 days after

the initial examination was conducted, as required by 8
U.S.C §1447 and 8 C.F.R. §335.3;

ii. By failing to notify Plaintiff that his application has
been grated or denied, and if granted, of the procedures
to be followed for the administration of the oath of
allegiance as required by 8 C.F.R. §335.3;

iii. By failing to conduct a ceremony to administer the oath
of allegiance at regular intervals as frequently as
necessary to ensure timely naturalization, but at least
once a month to minimize unreasonable delays as provided
by 8 U.S.C. §1448(d) and 8 C.F.R §337.2(a).

As a result of Defendants' violation of the abovementioned
requirements, their failure to timely process Plaintiff's
application, and to conduct a ceremony to administer the oath of
allegiance, Plaintiff has been unlawfully deprived of either:

a. The opportunity to timely obtain the unique benefits
of citizenship, or

b. If naturalization would have been denied,

i. The right to a timely reexamination to overcome
deficiencies or submit required evidence under 8
C.F.R. §335.3 within 120 days of the initial
examination or

ii. If denied on reexamination, the right to a timely
review hearing before an immigration officer under 8

1    U.S.C §1447(a) and 8 C.F.R. §336.2; the right to
2    file timely a petition for review in the District
3    Court under 8 U.S.C. §1421(c) and 8 C.F.R. §§
4    336.9(b)-(c); or the right to timely file a new
5    application for naturalization.

## XI.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

1. Accept jurisdiction and maintain continuing jurisdiction of this action.

2. Declare as unlawful the violation by Defendants of 8 U.S.C. §§1447(b), 1448(d) and 8 C.F.R. §§335.3, 337.2(a) in failing to make a determination on the naturalization application of the named plaintiff at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted; failing to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance; and failing to conduct a ceremony to administer the oath of allegiance at regular intervals as frequently as necessary to ensure timely naturalization, but at least once a month where it is required to minimize unreasonable delays.

3. Declare as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. §706(1), the violation by Defendants of 5 U.S.C. §706(1), 8 U.S.C. §§ 1447(b), 1448(d,) and 8 C.F.R. §§335.3 and 337.2(a) in failing to make a determination on the naturalization application of the named Plaintiff at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted; failing to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance; and failing to conduct a ceremony to administer the oath of allegiance at regular intervals as frequently as necessary to ensure timely naturalization, but at least once a month where it is required to minimize unreasonable delays.

4. Declare as agency action that is arbitrary and capricious, an abuse of discretion, and not in accordance with law, pursuant to 5 U.S.C. §706(1), the violation by Defendants of 5 U.S.C. §706(1), 8 U.S.C. §1447(b) and 1448(d) and 8 C.F.R. §§ 335.3 and 337.2(a) in failing to make a determination on the naturalization application of the named plaintiff at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted; failing to notify Plaintiff that his application has been granted or denied and,

if granted, of the procedures to be followed for the administration of the oath of allegiance; and failing to conduct a ceremony to administer the oath of allegiance at regular intervals as frequently as necessary to ensure timely naturalization, but at least once a month where it is required to minimize unreasonable delays.

5. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. §1361 and 5 U.S.C. §706(1) compelling Defendants to make a determination, under 8 U.S.C. §1447(b) and 8 C.F.R. § 335.3, of the naturalization application of the named plaintiff and to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance.

6. Issue a writ in the nature of mandamus, pursuant to 28 U.S.C. §1361 and 5 U.S.C. §706(1), compelling Defendants to make a determination of the naturalization application of the named plaintiff, to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance, and to conduct a ceremony to administer the oath of allegiance within 120 days of the issuance of such writ.

1        7. De novo review[1] and grant of the Naturalization

2    Application in Court by this Court pursuant to INA § 336(b), 8

3    USC § 1447(b); INA § 335, 8 USC §1446, where the statute

4    specifically provides for judicial review for stalled

5    naturalization applications when the agency fails to make a

6    decision on the application within 120 days after the

7    examination.

8

9        8. Grant such other relief as this Court may deem just and

10   proper.

11

12       9. Grant attorneys' fees and costs of this suit under the

13   Equal Access to Justice Act, 28 U.S.C. §2412.

14

15   Dated:   11 th Day of   May  , 2007.

16

17                            Gregory G. Rheams, Esq.

18                            **LAW OFFICE OF GREGORY G. RHEAMS**
                              Attorney for Plaintiff

19

20                       **VERIFICATION**

21

22   _____

23   [1] *See United States v. Hovsepian*, 359 F.3d 1144 (9th Cir. 2004) (*en banc*)

     (comparing judicial review under § 1447(b) to judicial review of a final

24   denial of a naturalization application under 8 U.S.C. § 1421(c)).

25

**LAW OFFICE OF GREGORY G. RHEAMS**
Attorney for Plaintiff

### VERIFICATION

I, Jie Liu, hereby verify that, to the best of my knowledge and belief, the matters stated in the Complaint for Declaratory and Injunctive Relief and for a Writ in the Nature of Mandamus to Compel Defendants' Determination of Form N-400 Naturalization Applications are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California
On this 11 Day of May , 2007.

_____
Jie Liu
**PLAINTIFF**

## LIST OF ATTACHMENTS

| EXHIBIT | DESCRIPTION OF THE ATTACHED DOCUMENTS |
|---------|---------------------------------------|
| 1 | Copy of Plaintiff's Permanent Residence Card expiring on October 6, 2015 |
| 2 | Copy of Plaintiff's N-400 Application for Naturalization |
| 3 | Copy of Form I-797C – Notice of Action for Plaintiff's Application for Naturalization interview dated August 19, 2005 |
| 4 | Copy of Plaintiff's successful Naturalization Interview Results (with decision pending background check) |

# Exhibit 1

Copy of Plaintiff's
Permanent Residence Card
expiring on
October 6, 2015



**PERMANENT RESIDENT CARD**

NAME LIU, JIE

A# 070-809-273

Birthdate   Category   Sex
10/15/5                 M

Country of
China, People's Republic of

CARD             06/15
Resident Since  09/29/93

C1USA0708092737MSC0540045196<<
5710155M1510069CHN<<<<<<<<<<<6
LIU<<JIE<<<<<<<<<<<<<<<<<<<<<<



UNITED STATES OF AMERICA   Department of Homeland Security

**PERMANENT RESIDENT CARD**

The person identified by this card is authorized to work and reside in the U.S.

14608017

# Exhibit 2

Copy of Plaintiff's N-400
Application for
Naturalization

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
|---|

A. Your current legal name.

Family Name *(Last Name)*

**LIU**

Given Name *(First Name)*

**JIE**

Full Middle Name *(If applicable)*

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

**LIU**

Given Name *(First Name)*

**JIE**

Full Middle Name *(If applicable)*

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| N/A | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

Write your INS "A"- number here:
A **07 08 09 27 3**

FOR INS USE ONLY

Bar Code                         Date Stamp

Remarks

Action

| Part 2. Information About Your Eligibility   *(Check Only One)* |
|---|

I am at least 18 years old AND

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

PEDRO KOVALCIK

**Part 3. Information About You**

Write your INS "A"- number here:
A 0 4 4 1 9 5 6 8 6

A. Social Security Number    B. Date of Birth *(Month/Day/Year)*    C. Date You Became a Permanent Resident *(Month/Day/Year)*

57 48 0 0720    1 0 11 5 1 1957    0 9 2 9 1993

D. Country of Birth

P. R. CHINA

E. Country of Nationality

P. R. CHINA

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*    ☐ Yes    ☒ No

G. What is your current marital status?    ☐ Single, Never Married    ☒ Married    ☐ Divorced    ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes    ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*    ☐ Yes    ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*    Apartment Number

290 LOS GATOS ALMADEN ROAD

City    County    State    ZIP Code    Country

LOS GATOS    SANTA CLARA    CA    95032    UNITED STATES

B. Care of    Mailing Address - Street Number and Name *(if different from home address)*    Apartment Number

City    State    ZIP Code    Country

C. Daytime Phone Number *(If any)*    Evening Phone Number *(If any)*    E-mail Address *(If any)*

(408)213-2958    (408)369-8173

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A 0 7 0 8 0 9 2 7 3

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender
☒ Male  ☐ Female

B. Height
5 Feet 6 Inches

C. Weight
1 Pounds

D. Are you Hispanic or Latino?  ☐ Yes  ☒ No

E. Race *(Select one or more.)*
☐ White  ☒ Asian  ☐ Black or African American  ☐ American Indian or Alaskan Native  ☐ Native Hawaiian or Other Pacific Islander

F. Hair color
☒ Black  ☐ Brown  ☐ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

G. Eye color
☒ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☐ Black  ☐ Pink  ☐ Maroon  ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 07/2004 | Present |
| 1518 19TH AVE SAN FRANCISCO, CA 94122 U.S.A | 06/2003 | 07/2004 |
| 1770 25TH AVE SAN FRANCISCO, CA 94122 U.S.A | 04/2002 | 06/2003 |
| 41 THETA AVE DALY CITY CA 94040 U.S.A | 04/2001 | 04/2002 |
| 3426 LAWTON ST SAN FRANCISCO CA 94122 U.S.A | 02/1995 | 04/2001 |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates (Month/Year) | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| SELF EMPLOYED | 69 E. HAMILTON AVE CAMPBELL, CA | 02/2000 | 06/2004 | |
| SELF EMPLOYED | 1072 S DE ANZA BLVD #B SAN JOSE CA | 06/2004 | PRESENT | |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |

**Part 7.  Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 0 8 0 9 2 7 3

A.  How many total days did you spend outside of the United States during the past 5 years?     5  days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?     1  trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|---|
| 09/03/2003 | 09/08/2003 | ☐ Yes | ☒ No | CANADA | 5 |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☒ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes | ☐ No | | |

**Part 8.  Information About Your Marital History**

A.  How many times have you been married (including annulled marriages)?     1     If you have NEVER been married, go to Part 9.

B.  If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*          Given Name *(First Name)*          Full Middle Name *(If applicable)*

ZHOU          JIANGYO.Y

2. Date of Birth *(Month/Day/Year)*     3. Date of Marriage *(Month/Day/Year)*     4. Spouse's Social Security Number

10/15/1958          06/01/1985          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

5. Home Address - Street Number and Name          Apartment Number

City          State          ZIP Code

CA          95023

Form N-400 (Rev. 07/23/02)N Page 4

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:

A 0 7 0 8 0 9 3 7 3

C. Is your spouse a U.S. citizen?    ☐ Yes    ☒ No

D. If your spouse is a U.S. citizen, give the following information:

　　1. When did your spouse become a U.S. citizen?    ☐ At Birth    ☐ Other

　　If "Other," give the following information:

　　2. Date your spouse became a U.S. citizen

　　___ ___/___ ___/___ ___ ___ ___

　　3. Place your spouse became a U.S. citizen *(Please see Instructions)*

　　　　　　　　　　　　City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

　　1. Spouse's Country of Citizenship

　　CHINA

　　2. Spouse's INS "A"- Number *(If applicable)*

　　A 0 4 4 1 9 5 6 8 6

　　3. Spouse's Immigration Status

　　☒ Lawful Permanent Resident    ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

　　1. Prior Spouse's Family Name *(Last Name)*

　　2. Given Name *(First Name)*

　　Full Middle Name *(If applicable)*

　　2. Prior Spouse's Immigration Status

　　☐ U.S. Citizen
　　☐ Lawful Permanent Resident
　　☐ Other _____

　　3. Date of Marriage *(Month/Day/Year)*

　　___ ___/___ ___/___ ___ ___ ___

　　4. Date Marriage Ended *(Month/Day/Year)*

　　___ ___/___ ___/___ ___ ___ ___

　　5. How Marriage Ended

　　☐ Divorce    ☐ Spouse Died    ☐ Other

G. How many times has your current spouse been married (including annulled marriages)?    | 1 |

　　If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
　　If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

　　1. Prior Spouse's Family Name *(Last Name)*

　　Given Name *(First Name)*

　　Full Middle Name *(If applicable)*

　　2. Prior Spouse's Immigration Status

　　☐ U.S. Citizen
　　☐ Lawful Permanent Resident
　　☐ Other _____

　　3. Date of Marriage *(Month/Day/Year)*

　　___ ___/___ ___/___ ___ ___ ___

　　4. Date Marriage Ended *(Month/Day/Year)*

　　___ ___/___ ___/___ ___ ___ ___

　　5. How Marriage Ended

　　☐ Divorce    ☐ Spouse Died    ☐ Other

**Part 9. Information About Your Children**

Write your INS "A"- number here:
A 0 7 0 8 0 8 2 7 2

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

| 1 |

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| EDITH ZHOU JU | 01/23/1999 | A_____ | UNITED STATES | 280 LOS GATOS, ALMENDO, LOS GATOS, CA U.S.A |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |

**Part 10. Additional Questions**

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☒ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☒ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes ☒ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes ☒ No ✓

5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☒ No

6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☒ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: A 07080 92 73 |

### B.  Affiliations

8.  a.  Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?   ☐ Yes   ☒ No

   b.  If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9.  Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a.  The Communist Party?   ☐ Yes   ☒ No

   b.  Any other totalitarian party?   ☐ Yes   ☒ No

   c.  A terrorist organization?   ☐ Yes   ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes   ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?   ☐ Yes   ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a.  The Nazi government of Germany?   ☐ Yes   ☒ No

   b.  Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes   ☒ No

   c.  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?   ☐ Yes   ☒ No

### C.  Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?   ☐ Yes   ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes   ☒ No

| Part 10. Additional Questions *(Continued)* |
|---|

Write your INS "A"- number here:

A 0 7 0 8 0 9 2 7 3

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?     ☐ Yes  ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?     ☐ Yes  ☒ No

17. Have you **EVER** been charged with committing any crime or offense?     ☐ Yes  ☒ No

18. Have you **EVER** been convicted of a crime or offense?     ☐ Yes  ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?     ☐ Yes  ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?     ☐ Yes  ☒ No

21. Have you **EVER** been in jail or prison?     ☐ Yes  ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard?     ☐ Yes  ☒ No

    b. been a prostitute, or procured anyone for prostitution?     ☐ Yes  ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics?     ☐ Yes  ☒ No

    d. been married to more than one person at the same time?     ☐ Yes  ☒ No

    e. helped anyone enter or try to enter the United States illegally?     ☐ Yes  ☒ No

    f. gambled illegally or received income from illegal gambling?     ☐ Yes  ☒ No

    g. failed to support your dependents or to pay alimony?     ☐ Yes  ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?     ☐ Yes  ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States?     ☐ Yes  ☒ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 0 8 0 8 2 7 3 |

**E. Removal, Exclusion, and Deportation Proceedings**

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☒ No

**F. Military Service**

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

**G. Selective Service Registration**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [_____]    Selective Service Number [ _ _ / _ _ _ _ _ _ / _ ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H. Oath Requirements** *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A 0 7 0 8 0 7 2 7 3

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date *(Month/Day/Year)*

__ __/__/__ __ __ __

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(Month/Day/Year)*

__ __/__/__ __ __ __

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

( )

Preparer's Address - Street Number and Name

City

State

ZIP Code

**Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So**

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;
that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

# Exhibit 3

Copy of Form I-797C –
Notice of Action for
Plaintiff's Application
for Naturalization
Interview

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>August 19, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 070 809 273 |
| APPLICATION NUMBER<br>WSC*001360550 | RECEIVED DATE<br>August 03, 2005 | PRIORITY DATE<br>August 03, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS    BIOMETRICS PROCESSING STAMP

JIE LIU
290 LOS GATOS ALMADEN RD
LOS GATOS CA 95032

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON 9/2/5

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>INS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE CA 95131 | DATE AND TIME OF APPOINTMENT<br>09/16/2005<br>10:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WSC*001360550

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

# Exhibit 4

Copy of Plaintiff's successful Naturalization Interview Results (with decision pending on background check)

**U.S. Department of Homeland Security**

Citizenship and Immigration Services

**N-652,**



A070809273
A070809273

On December 21, 2005, you were interviewed by USCIS Officer Vic Karazija

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

**A)**_____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _✗_ **A decision cannot yet be made about your application.** *Awaiting FBI name check results*

**It is very important that you:**

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.