PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am the principal of the law offices of Gregory G. Rheams in San Jose, California, and my business address is 1625 The Alameda, Suite 800 in San Jose, California 95131.

On May 15, 2007 I served **SUMMONS AND COMPLAINT** on persons or entities named below by enclosing a copy in an envelope addressed as show below and mailed **certified mail return receipt requested** through U.S. Postal Service at the Berryessa Station in San Jose, CA 95132-9998.

Date of mailing: May 15, 2007. Place of mailing: San Jose, California.

Person(s) and/or Entity (ies) to whom served:

    Alberto Gonzales, U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Av. NW, Room B-103 Washington, DC 20530

    Robert Mueller, Director of FBI
    J Edgar Hoover Building
    935 Pennsylvania Ave. NW Washington, DC 20535

    Michael Chertoff, Secretary of U. S. Department of Homeland Security
    Secretary of the DHS
    Department of Homeland Security Washington, DC 20530

    Emilio T. Gonzalez, Director of USCIS
    DHS/Citizenship and Immigration Services
    20 Massachusetts Ave. NW Washington, DC 20529

    Francis D. Siciliano, Officer in Charge
    USCIS San Jose Sub-District Office

1887 Monterey Road, San Jose, CA 95112

Scott N. Schools, U.S. Attorney
Northern District of California
U.S. Attorney's Office San Jose Branch
1150 Almaden Blvd, Suite 900 San Jose CA 95113

I declare under penalty of perjury laws of the United States of America that the foregoing is true and accurate.

I declare that I am employed in the office of a member of bar of this court at whose direction the service was made.

Executed on: May 16, 2007 in San Jose, California.

_____
Gregory G. Rheams