1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 JIE LIU,                                  )
                                             )  No. C 07-2527 HRL
13                Plaintiff,                 )
                                             )
14         v.                                )
                                             )  **STIPULATION TO EXTEND DATES**
15 ALBERTO GONZALES, Attorney General of     )  **AND [PROPOSED] ORDER**
   the United States;                        )
16 ROBERT S. MUELLER, Director of FBI;       )
   MICHAEL CHERTOFF, Secretary of the        )
17 Department of Homeland Security;          )
   EMILIO T. GONZALEZ, Director of the United)
18 States Citizenship and Immigration Services;)
   FRANCIS D. SICILIANO, Officer in Charge of )
19 the San Jose Citizenship and Immigration Service)
   sub-office in his official capacity,      )
20                                           )
                  Defendants.                )
21 _____ )

22     The plaintiff, by and through his attorney of record, and defendants by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff filed this action on or about May 11, 2007. Defendants' answer is currently due on

25 July 16, 2007.

26     2. Pursuant to this Court's May 11, 2007 Order Setting the Case Management Conference, the

27 parties are required to file a joint case management statement on August 7, 2007, and attend a case

28 management conference on August 14, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | August 15, 2007 |
| Last day to file Joint ADR Certification: | August 21, 2007 |
| Last day to file/serve Joint Case Management Statement: | September 4, 2007 |
| Case Management Conference: | September 11, 2007, at 1:30 p.m. |

Date: July 16, 2007                     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 16, 2007             /s/
GREGORY C. RHEAMS
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Extend
C07-2527 HRL                2