1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JIE LIU, | ) | |
|---|---|---|
| | ) | No. C 07-2527 HRL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS AND** |
| ALBERTO GONZALES, Attorney General of | ) | **[PROPOSED] ORDER** |
| the United States; | ) | |
| ROBERT S. MUELLER, Director of FBI; | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director of the United | ) | |
| States Citizenship and Immigration Services; | ) | |
| FRANCIS D. SICILIANO, Officer in Charge of | ) | |
| the San Jose Citizenship and Immigration Service | ) | |
| sub-office in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2527 HRL                                1

1  Date: August 10, 2007                                Respectfully submitted,

2                                                       SCOTT N. SCHOOLS
                                                        United States Attorney
3

4                                                       _____/s/_____
                                                        EDWARD A. OLSEN
5                                                       Assistant United States Attorney
                                                        Attorneys for Defendants
6

7
                                                        _____/s/_____
8  Date: August 10, 2007                                GREGORY C. RHEAMS
                                                        Attorney for Plaintiff
9

10                                    **ORDER**

11      Pursuant to stipulation, IT IS SO ORDERED.

12
   Date: _____
13                                                      HOWARD R. LLOYD
                                                        United States Magistrate Judge