1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 JIE LIU,                                    )
                                               ) No. C 07-2527 HRL
13         Plaintiff,                          )
                                               )
14    v.                                       )
                                               ) **PARTIES' CONSENT TO MAGISTRATE**
15 ALBERTO GONZALES, Attorney General of       ) **JUDGE JURISDICTION**
   the United States;                          )
16 ROBERT S. MUELLER, Director of FBI;         )
   MICHAEL CHERTOFF, Secretary of the          )
17 Department of Homeland Security;            )
   EMILIO T. GONZALEZ, Director of the United  )
18 States Citizenship and Immigration Services;)
   FRANCIS D. SICILIANO, Officer in Charge of  )
19 the San Jose Citizenship and Immigration Service )
   sub-office in his official capacity,        )
20                                             )
           Defendants.                         )
21 _____)

22

23     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

24 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

25 conduct any and all further proceedings in the case, including trial, and order the entry of a final

26 judgment.

27 ///

28

Parties' Consent to Magistrate Jurisdiction
C07-2527 HRL                                    1

| | | |
|---|---|---|
| 1 | Date: August 14, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: August 14, 2007 | _____/s/_____<br>GREGORY C. RHEAMS<br>Attorney for Plaintiff |