SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

*E-filed 8/14/07*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JIE LIU,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States;<br>ROBERT S. MUELLER, Director of FBI;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services;<br>FRANCIS D. SICILIANO, Officer in Charge of the San Jose Citizenship and Immigration Service sub-office in his official capacity,<br><br>    Defendants. | No. C 07-2527 HRL<br><br>**STIPULATION TO DISMISS AND ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

Stip. to Dismiss
C07-2527 HRL                1

1 | Date: August 10, 2007 | Respectfully submitted,

2 | | SCOTT N. SCHOOLS
3 | | United States Attorney

4 | | /s/
  | | EDWARD A. OLSEN
5 | | Assistant United States Attorney
  | | Attorneys for Defendants

6

7

8 | Date: August 10, 2007 | /s/
  | | GREGORY C. RHEAMS
  | | Attorney for Plaintiff

9

10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.

12 | Date: 8/14/07

13 | HOWARD R. LLOYD
   | United States Magistrate Judge

14

15

16

...

28

Stip. to Dismiss
C07-2527 HRL                    2